304-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MUR SHIPPING B.V.,

           Plaintiff,

   -against-

MARVIER PROPERTIES S.A. a/k/a
MARIVIER PROPERTIES S.A.,

           Defendant.
-----------------------------------------------------------------x

JUDGE RAKOFF

07 CIV 6360

**RULE 7.1 STATEMENT**

The Plaintiff, MUR SHIPPING B.V., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       July 12, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff MUR SHIPPING B.V.

           By: _____
                              Peter J. Gutowski (PG 2200)
                              Pamela L. Schultz (0335)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/285531.1