```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MUR SHIPPING B.V.,                    :
                                      :
            Plaintiff,                :   07 Civ. 6360 (JSR)
                                      :
       -v-                            :        ORDER
                                      :
MARVIER PROPERTIES S.A. a/k/a         :
MARIVIER PROPERTIES S.A.,             :
                                      :
            Defendant.                :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated in open court, <u>see</u> transcript 10/30/07, the Complaint is hereby dismissed with prejudice, but with leave to either party to move to re-open the case within thirty days hereof should their settlement agreement not be fully effectuated.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         October 30, 2007